UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VELASQUEZ

                              Plaintiff,

          -v-

LIBER-TEES, INC. ET AL.

                              Defendant.

21 Civ. 02434 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

       The Court today issued a notice scheduling an Initial Pretrial Conference. The notice was in error, as general supervision of the case has been referred to Magistrate Judge Cott, who will schedule such a conference. The Court apologizes for any inconvenience caused by its order.

       SO ORDERED.

*[signature: Paul A. Engelmayer]*

PAUL A. ENGELMAYER
United States District Judge

Dated: August 10, 2021
       New York, New York